IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|         Plaintiff, | ) Case No. |
| v. | ) |
| DANEEN M. FORTNER, | ) |
|         Defendants. | ) |

## COMPLAINT

The United States of America complains and alleges as follows:

1. The United States brings this civil action to obtain a judgment against Defendant Daneen M. Fortner ("Ms. Fortner") for the unpaid federal income tax liabilities assessed against her for the 2010, 2011, and 2018 tax years.

2. This action is authorized and requested by the Chief Counsel of the IRS, a delegate of the Secretary of the Treasury of the United States, and it is commenced at the direction of the Attorney General of the United States in accordance with 26 U.S.C. § 7401.

### Jurisdiction and Venue

3. This Court has jurisdiction over this action under 28 U.S.C. §§ 1340 and 1345 and 26 U.S.C. § 7402(a).

4. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and 1396 because the tax liabilities accrued and continue to accrue in this district and Defendant resides in Jacksonville, Florida.

**Ms. Fortner's Unpaid Federal Income Tax Liabilities**

5. For tax years 2010, 2011, and 2018, Ms. Fortner timely filed a U.S. Individual Income Tax Return (Form 1040) reporting income taxes owed for each of those years. Ms. Fortner failed to remit to the IRS the taxes she reported. A delegate of the Secretary of the Treasury properly assessed against Ms. Fortner the tax she reported on her returns, plus applicable penalties and interest. The assessments were made on the dates and in the amounts shown below:

| TAX YEAR | DATE FORM 1040 SUBMITTED | DATE OF ASSESSMENT | AMOUNT | TYPE OF ASSESSMENT |
|---|---|---|---|---|
| 2010 | 11-21-2011 | 11-21-2011 | $33,988.00 | SELF-REPORTED TAX |
| | | | $525.00 | PENALTY FOR FAILURE TO PAY ESTIMATED TAX |
| | | | $1,242.17 | PENALTY FOR LATE PAYMENT OF TAX |
| | | | $712.54 | INTEREST |
| 2011 | 5-28-2012 | 05-28-2012 | $35,253.00 | SELF-REPORTED TAX |
| | | | $618.00 | PENALTY FOR FAILURE TO PAY ESTIMATED TAX |
| | | | $307.53 | PENALTY FOR LATE PAYMENT OF TAX |
| | | | $108.58 | INTEREST |
| 2018 | 06-03-2019 | 06-03-2019 | $106.97 | PENALTY FOR LATE PAYMENT OF TAX |
| | | | $86.50 | INTEREST |
| **BALANCE DUE:** | | | $116,018.00* | |

\*As of April 4, 2022. Balance due reflects further interest and statutory additions as allowed by law less any credits, including for payments received.

6. A delegate of the Secretary of the Treasury properly gave notice to Ms. Fortner of the unpaid liabilities described in paragraph 5 above, and made demand for payment. Despite notice and demand for payment, Ms. Fortner has failed to pay the entire amount of those liabilities.

7. The United States generally has ten years from the date of assessment to bring a proceeding to collect an unpaid tax. Although the tax assessment for the 2010 tax year was made in November 2011, the limitations period to bring a suit to collect that liability was suspended by an Offer in Compromise ("OIC") Mr. Fortner submitted to the IRS on May 25, 2012. Ms. Fortner withdrew her OIC on October 4, 2012. Accordingly, this suit is timely as to the 2010 tax year.

8. As of April 4, 2022, Ms. Fortner owes approximately $116,018.00 on account of her income tax liabilities for 2010, 2011 and 2018, plus further interest and statutory additions that continue to accrue, less any credits and payments made thereafter.

WHEREFORE, the United States of America respectfully requests that the Court grant the following relief:

A. That the Court enter judgment in favor of the United States and against Ms. Fortner in the amount of $116,018.00 as of April 4, 2022, plus further interest and statutory additions as allowed by law, less any credits, including for payments received thereafter, for unpaid income taxes, penalties, and interest for the tax years 2010, 2011, and 2018.

B. That the Court grant the United States such other and further relief, including costs, it deems just and proper.

Dated: May 16, 2022                                          Respectfully Submitted,

                DAVID A. HUBBERT
                Deputy Assistant Attorney General
                Tax Division

By:    */s/ Jikky E. Thankachan*
        JIKKY E. THANKACHAN
        Florida Bar No. 1025151
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 14198
        Washington, D.C.  20044
        202-514-6472 (v)
        202-514-4963 (f)
        Jikky.Thankachan@usdoj.gov

Of Counsel:

ROGER B. HANDBERG
United States Attorney
Middle District of Florida